# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT BURKLEY, | Case No. CV 18-7539-RGK (JPR) |
| Petitioner, | |
| v. | **J U D G M E N T** |
| WILLIAM JOE SULLIVAN, Warden, | |
| Respondent. | |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus and Administratively Closing Case,

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: September 17, 2018

R. GARY KLAUSNER
U.S. DISTRICT JUDGE